**Order filed March 13, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-11-00456-CR
_____

**ROMAN RAMIREZ-MEMIJE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1256139**

---

## ORDER

The reporter's record in this case was originally due July 18, 2011. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court.

We order **B.J. Orsack** to file the record in this appeal **on or before April 12, 2012.**

PER CURIAM